IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
20 JUL 30 PM 2:08
CLERK_____
SO. DIST. OF GA.

| | | |
|---|---|---|
| DEBORAH LAUFER, | * | |
| Plaintiff, | * | |
| v. | * | CV 320-038 |
| CHAOLMA HOTELS LLC and JAI JALABAPA JAI JALARAM LLC, | * | |
| Defendants. | * | |

O R D E R

Presently before the Court is Plaintiff's Dismissal With Prejudice, which has been filed prior to either Defendant serving an answer or a motion for summary judgment. Accordingly, dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(i). **IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE.** The Clerk is directed to **CLOSE** this case and **TERMINATE** all motions and deadlines.

**ORDER ENTERED** at Augusta, Georgia, this 30th day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE